FILED
October 11, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-mj-313 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| KAREN NIEMI, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Karen Niemi</u>; Case <u>2:11-mj-313 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $50,000.00

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions; defendant to be released to the custody of Pretrial Services on  10/12/11  at  9:00 am  to attend The Effort residential treatment program.</u>

Issued at <u>Sacramento, CA</u> on <u>10/11/2011</u> at 2:30.

By _____
Kendall J. Newman
United States Magistrate Judge